**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                           PLAINTIFF

v.                                            NO. 4:04CR00291-15 JLH

BRANDON LAMAR WHITE                                                                              DEFENDANT

**ORDER**

Court convened on this date for a hearing on the government's motion and supplemental motions to revoke defendant's supervised release. Documents #811, #817, and #819. United States Attorney Jane Duke was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Chris Tarver. United States Probation Officer Robert Gwin was also present.

Upon inquiry from the Court, the defendant admitted all of the allegations contained in the motions, except those pertaining to the theft of property. Following witness testimony, the Court determined that there was insufficient evidence to prove that the allegations regarding theft of property occurred. The Court found that the motions to revoke should be denied, and instead determined that defendant's present conditions of supervised release should be modified.

IT IS THEREFORE ORDERED that the defendant's conditions of supervised release are hereby modified to include the following:

- The defendant must participate in and successfully complete an in-patient substance abuse treatment program as directed by the United States Probation Office for a period of time to be determined.

- Upon successful completion of the substance abuse treatment program, defendant will enter a chemical-free living program for a period of time as directed by the United States Probation Office.

- The defendant must participate in mental health counseling under the guidance and

supervision of the U.S. Probation Office, including a psychological evaluation and medicine regimen if deemed necessary by the probation officer.

In the event the defendant is found to be in violation of his conditions of supervised release, or is terminated from either the in-patient substance abuse treatment program or the chemical-free living program, the government is directed to submit the appropriate motion and the Court will conduct a hearing.

IT IS FURTHER ORDERED that defendant be released from the custody of the United States Marshal.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 28th day of October, 2009.

_____

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE