AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

Case 4:04-cr-00291-JLH   Document 896   Filed 07/01/11   Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 1 2011

JAMES W. McCORMACK, CLERK
By: _____
    DEP CLERK

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| BRANDON LAMAR WHITE | Case No.   4:04CR00291-15 JLH |
| | USM No.   23536-009 |
| | Chris Tarver |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)   3, 5, 7, 11, Special   of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special | Failure to participate in substance abuse treatment program (drug testing) as directed by the U.S. Probation Officer | April 18, 2011 |
| 3 | Failure to truthfully answer inquiries of probation officer | April 12, 2011 |
| 5 | Failure to obtain lawful employment as directed by probation officer | March 9, 2011 |
| 7 | Unlawful use of controlled substance | April 12, 2011 |
| 11 | Failure to notify probation officer within 72 hours of contact with law enforcement | May 5, 2011 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3292

Defendant's Year of Birth:   1981

City and State of Defendant's Residence:
Little Rock, Arkansas

July 1, 2011
Date of Imposition of Judgment

_____
Signature of Judge

**J. LEON HOLMES, U.S. DISTRICT JUDGE**
Name and Title of Judge

July 1, 2011
Date

DEFENDANT: BRANDON LAMAR WHITE
CASE NUMBER: 4:04CR00291-15 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**13 MONTHS with no term of supervised release to follow**

X   The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends defendant participate in residential or nonresidential substance abuse treatment during incarceration.**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____  ☐ a.m.  ☐ p.m.  on _____ .

   ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL